No. 96–8732. EDWARDS ET AL. *v.* UNITED STATES. C. A. 7th Cir. [Certiorari granted, *ante*, p. 931.] Motion for appointment of counsel granted, and it is ordered that Donald P. Sullivan, Esq., of Rockford, Ill., be appointed to serve as counsel for petitioner Horace Joiner in this case.

No. 96–8986. HOHN *v.* UNITED STATES. C. A. 8th Cir. [Certiorari granted, *ante*, p. 944.] Motion of the Solicitor General for divided argument granted to be divided as follows: petitioner, 25 minutes; the Solicitor General, 10 minutes; *amicus curiae* in support of the judgment below, 25 minutes.

No. 97–42. EASTERN ENTERPRISES *v.* APFEL, COMMISSIONER OF SOCIAL SECURITY, ET AL. C. A. 1st Cir. [Certiorari granted, *ante*, p. 931.] Motion of Davon Inc. for leave to file a brief as *amicus curiae* granted.

No. 97–300. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTION, ET AL. *v.* MARTINEZ-VILLAREAL. C. A. 9th Cir. [Certiorari granted, *ante*, p. 912.] Motion of Criminal Justice Legal Foundation for leave to file a brief as *amicus curiae* granted.

No. 97–372. UNITED STATES *v.* UNITED STATES SHOE CORP. C. A. Fed. Cir. [Certiorari granted, *ante*, p. 944.] Motion of Arctic Cat et al. for leave to file a brief as *amici curiae* granted.

No. 97–454. UNITED STATES *v.* BESTFOODS ET AL. C. A. 6th Cir. [Certiorari granted *sub nom. United States* v. *CPC International, Inc., ante*, p. 1024.] Motion of the Solicitor General to dispense with printing the joint appendix granted.